IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-88-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KEVIN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court to address case scheduling and speedy trial issues raised by defendant's motion to suppress (DE 41) filed September 30, 2026.

Defendant pleaded not guilty to indictment charging him with three counts of distributing cocaine at arraignment held September 14, 2026. Prior to defendant filing the instant motion to suppress, the court had estimated that the time under the Speedy Trial Act of 1974, as amended, 18 U.S.C. § 3161(c)(1), would expire on October 14, 2026. No trial date has been scheduled, however, in light of the need to resolve the instant motion to suppress in advance of trial.

The court REFERS the motion to suppress to United States Magistrate Judge Kimberly Swank for purposes of conducting any necessary hearing thereon and entering memorandum and recommendation on the motion pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge will notify the parties how she wishes to proceed.

With respect to the speedy trial time, the delay occasioned by proceedings on the instant motion to suppress is excluded from speedy trial time calculations under 18 U.S.C. § 3161(h)(1)(D). In particular, the Act provides that "delay resulting from any pretrial motion,

from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" is excluded. Id.

Accordingly, by operation of 18 U.S.C. § 3161(h)(1)(D), the court finds that the time period from September 30, 2026, through the date of entry of order resolving defendant's pending motion to suppress (DE 41) shall be excluded from the speedy trial time calculation.

SO ORDERED, this the 1st day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge